# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Trademark Owner Identified in Exhibit 1, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:24-cv-00207 |
| v. | ) ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) |
| Defendants. | ) |

**Schedule A (Sealed)**