## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Trademark Owner Identified in Exhibit 1 v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number: 1:24-cv-00207

An appearance is hereby filed by the undersigned as attorney for:

Trademark Owner Identified in Exhibit 1

Attorney name (type or print): ILYA G. ZLATKIN

Firm: Zlatkin Cann Entertainment

Street address: 4245 N. Knox Ave.

City/State/Zip: Chicago, IL 60641-1904

Bar ID Number: 6314344
(See item 3 in instructions)

Telephone Number: (312) 809-8022

Email Address: ilya@zce.law

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/08/2024

Attorney signature: S/ ILYA G. ZLATKIN

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015