# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Trademark Owner Identified in Exhibit 1

          Plaintiff,

v.

          Case No.: 1:24−cv−00207

          Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations Identified on Schedule "A"

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 10, 2024:

    MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed Plaintiff's Complaint [1] and exhibits. The Court observes that Plaintiff's current Schedule A lists 141 defendants. Plaintiff shall review the opinion in Estee Lauder Cosmetics Ltd. v. The P'ships & Uninc. Ass'ns Identified on Schedule A, Case No. 19−cv−7878, 2020 WL 433870 (N.D. Ill. Jan. 27, 2020), and file a supplemental memorandum addressing the propriety of joinder of all 141 defendants by 01/29/24. By the same deadline, Plaintiff may file an amended complaint with a subset of the defendants along with a memo explaining why joinder of those defendants is proper. Plaintiff must also file a motion for leave to file the relevant documents under seal and a motion to proceed under a pseudonym by 01/29/24. Plaintiff has filed under seal and under a pseudonym without seeking leave of court, which is inappropriate. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.