IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trademark Owner Identified in Exhibit 1, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:24-cv-00207 ) |
| v. | ) Dist. Judge Nancy L. Maldonado ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Sunil R. Harjani ) ) ) ) |
| Defendants. | ) |

**Plaintiff's Motion for Leave to File Under Seal and to Proceed Under a Pseudonym**

**NOW COMES** Trademark Owner Identified in Exhibit 1 ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby requests leave to file the following documents under seal: (i) Schedule A attached to the Complaint, which lists the fully interactive, e-commerce stores operating under the seller aliases ("Defendant Online Stores") and the corresponding e-commerce store URLs [Dkt. 4]; (ii) Exhibits 1 and 2 of the Complaint which identifies Plaintiff and his registered Plaintiff Mark and example of Plaintiff's authorized products [Dkt. 2–3]; and (iii) the Declaration of Plaintiff and exhibits attached thereto, which include screenshot printouts showing the Defendant Online Stores offering to ship infringing products into this judicial district [Dkt. 12–13]. In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement. Sealing these portions of the file is necessary, at the very outset of the case, to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings - including the identity of the Plaintiff Mark, or Plaintiff himself (who can be immediately searched via USPTO.gov's Trademark Electronic Search System (TESS) to the same effect) prematurely, such as from

sellerdefense.cn or other court monitoring services, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. As a result, Plaintiff is also seeking leave to proceed under a pseudonym at the outset of the case. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal the above documents and will proceed under Plaintiff's legal name.

Dated: January 29, 2024

Respectfully submitted,

/s/ Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*