IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Trademark Owner Identified in Exhibit 1, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-00207 ) ) Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) |
| Defendants. | ) |

**Motion for Decision**

**NOW COMES** Trademark Owner Identified in Exhibit 1 ("Plaintiff"), by and through his undersigned counsel, and pursuant to L.R. 78.5 and 5.3 respectfully requests the Court issue a decision in the Schedule A case:

**1.** On January 29, 2024, Plaintiff filed a motion for temporary restraining order and expedited discovery [Dkt. 10], a motion for electronic service of process [Dkt. 14], and a motion for leave to file under seal and proceed under a pseudonym [Dkt. 15], along with support documents and declarations.

**2.** On January 29, 2024, Plaintiff filed a memorandum concerning the propriety of joinder of all Defendants in Schedule A. [Dkt. 16].

**WHEREFORE**, the Plaintiff respectfully requests the Court issue a decision on Plaintiff's pending motions so that Plaintiff can identify the currently anonymous Defendants and move the case forward.

1

Dated: May 1, 2024

        Respectfully submitted,

        /s/Ilya G. Zlatkin
        ZLATKIN CANN ENTERTAINMENT
        4245 N. Knox Ave.
        Chicago, IL 60641
        ilya@zce.law
        Ph. (312) 809-8022
        Fax (312) 809-6918

*Counsel for Plaintiff*