UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Trademark Owner Identified in Exhibit 1

Plaintiff,

v.

Case No.: 1:24−cv−00207

Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed Plaintiff's memorandum [16] regarding the propriety of joinder, which relies primarily on Bose Corp. v. P'ships et al., 334 F.R.D. 511, 517 (N.D. Ill. 2020), to argue that joinder is proper among the 141 defendants listed in Plaintiff's Schedule A. This Court, however, follows the reasoning in Estee Lauder Cosmetics Ltd. v. P'ships and Unincorporated Ass'ns Identified on Schedule A, 334 F.R.D. 182 (N.D. Ill. 2020) and Art Ask Agency v. Individuals, Corps., Ltd. Liab. Cos., P'ships, and Unincorporated Ass'ns Identified on Schedule "A", 21−CV−06197, 2021 WL 5493226 (N.D. Ill. Nov. 23, 2021), which take a different approach to assessing the propriety of joinder. By 05/23/24, Plaintiff must file another brief addressing the propriety of joinder among the 141 defendants on Plaintiff's Schedule A following the reasoning in Estee Lauder and Art Ask Agency. In that brief, Plaintiff should provide factual support for its joinder argument with citations to specific screenshots associated with the Schedule A defendants to demonstrate that joinder is proper as to all of the defendants. Alternatively, Plaintiff may file an amended Schedule A list with an explanation of why joinder of that subset of defendants is appropriate. If Plaintiff chooses to amend the Schedule A list, Plaintiff must refile any exhibits containing screenshots that are specific to only the defendants listed on an amended Schedule A. The Court takes Plaintiff's motions for a temporary restraining order and expedited discovery [10], motion for electronic service of process [14], and motion for leave to file exhibits under seal and proceed under pseudonym [15] under advisement pending resolution on the propriety of joinder of the defendants.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.