### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Trademark Owner Identified in Exhibit 1, | ) |
| Plaintiff, | ) ) ) ) Case No. 1:24-cv-00207 |
| v. | ) ) Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) |
| Defendants. | ) |

**Motion for Extension**

    **NOW COMES** Trademark Owner Identified in Exhibit 1 ("Plaintiff"), by and through his undersigned counsel, and respectfully requests a short extension of time to file a brief:

    **1.**    On May 2, 2024, the Court required Plaintiff, by May 23, 2024, to "file another brief addressing the propriety of joinder among the 141 defendants on Plaintiff's Schedule A following the reasoning in Estee Lauder and Art Ask Agency." [Dkt. 18].

    **2.**    Researching and preparing the brief is taking longer than expected.

    **3.**    The Court can, for good cause, extend the time by which a response is due "if a request is made, before the original time or its extension expires." FED R. CIV. P. 6(b)(1)(A). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." *McCann v. Cullinan*, 2015 WL 4254226, at * 10 (N.D. Ill 2015), *citing*, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013).

    **4.**    Plaintiff requires a short additional time to prepare the required brief on the Court's joinder concern. Good cause for the extension exists in light of the discrete analysis of evidence of defendants' infringements, per the Court's direction.

5.     Plaintiff submits that the short extension will not substantially prejudice the Court's determination. Furthermore, no defendants have appeared yet, and no injunctive relief has been granted yet.

**WHEREFORE**, the Plaintiff respectfully requests leave until June 6, 2024, to file Plaintiff's supplemental joinder brief.

Dated: May 23, 2024

                                                                               Respectfully submitted,

                                                                               /s/Ilya G. Zlatkin
                                                                               ZLATKIN CANN ENTERTAINMENT
                                                                               4245 N. Knox Ave.
                                                                               Chicago, IL 60641
                                                                               ilya@zce.law
                                                                               Ph.  (312) 809-8022
                                                                               Fax (312) 809-6918

                                                                               *Counsel for Plaintiff*