# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Trademark Owner Identified in Exhibit 1

          Plaintiff,

v.           Case No.: 1:24−cv−00207

          Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations Identified on Schedule "A"

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2024:

    MINUTE entry before the Honorable Nancy L. Maldonado:Plaintiff's motion for extension of time to file a supplemental brief regarding the propriety of joinder is granted [19] for the reasons cited therein. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.