IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trademark Rightsholder Identified in Exhibit 1, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-00207 |
| v. | ) |
| | ) Hon. Nancy L. Maldonado |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| | ) |
| Defendants | ) |

**Plaintiff's Second Motion for Leave to File Under Seal**

**NOW COMES** Trademark Rightsholder Identified in Exhibit 1 ("Plaintiff"), by and through his undersigned counsel, and hereby requests leave to file the following documents under seal: (i) Amended Schedule A attached to the Complaint which lists the fully interactive, e-commerce stores operating under the seller aliases (the "Defendant Online Stores") and the corresponding e-commerce store URLs [Dkt. 21]; and (ii) Amended Exhibits to the Declaration of Plaintiff, which includes screenshot printouts showing the Defendant Online Stores of the Amended Schedule A offering to ship infringing products into this judicial district [Dkt. 22]. In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement. Sealing these portions of the file is necessary, at the very outset of the case, to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings - including the identity of the Plaintiff Mark, or Plaintiff himself (who can be immediately searched via USPTO.gov's Trademark Electronic Search System (TESS) to the same effect) prematurely, such as from sellerdefense.cn or other court monitoring services, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions,

which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents. Plaintiff respectfully requests that the matter requested to remain under seal in Plaintiff's first motion [Dkt. 15] be and remain sealed, for the same reasons set forth therein.

Dated: June 5, 2024

                                            Respectfully submitted,

                                            /s/Ilya Zlatkin
                                            ZLATKIN CANN ENTERTAINMENT
                                            4245 N. Knox Ave.
                                            Chicago, IL 60641
                                            ilya@zlatkinwong.com
                                            Ph. (312) 809-8022
                                            Fax (312) 809-6918

                                            *Counsel for Plaintiff*