# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trademark Owner Identified in Exhibit 1

                        Plaintiff,

v.

                        Case No.: 1:24−cv−00207

                        Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2024:

    MINUTE entry before the Honorable Nancy L. Maldonado: Plaintiff's motion for leave to file under seal [24] is granted for the reasons stated in the motion. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.