# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trademark Owner Identified in Exhibit 1

                                      Plaintiff,

v.                                                     Case No.: 1:24−cv−00207

                                                         Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

       MINUTE entry before the Honorable Nancy L. Maldonado: The Court previously ordered Plaintiff to send the Court an updated proposed TRO referencing Plaintiff's Amended Schedule A [26]. Plaintiff should send a word document version of the proposed order to Proposed_Order_Maldonado@ilnd.uscourts.gov by 07/01/24. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.