# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trademark Owner Identified in Exhibit 1

                        Plaintiff,

v.                                                  Case No.: 1:24−cv−00207

                                                 Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court previously granted Plaintiff's motion for a temporary restraining order and expedited discovery [10] and motion for electronic service of process [14]. Additionally, Plaintiff';s motion to file exhibits under seal and proceed under a pseudonym was granted in part and denied in part; Plaintiff was given leave to file exhibits under seal but not permitted to proceed under a pseudonym [26]. Enter Order. By 07/09/24, Plaintiff must add his name to the docket. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.