**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

The Honorable Nancy L. Maldonado has been confirmed for a seat on the Court of Appeals for the Seventh Circuit.

It is hereby ordered that the cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 10th day of July, 2024

**Civil Cases Reassigned from Judge Maldonado to Judge Alonso**

| | |
|---|---|
| 1:18-cv-06576 | Pittsfield Development LLC et al v. The Travelers Indemnity Company |
| 1:20-cv-00067 | Grigsby v. La Rabida Children's Hospita. et al |
| 1:20-cv-05948 | Hampton v. Mendrick et al |
| 1:21-cv-04682 | Caraba, D.D.S. v. Paul Revere Life Insurance Company |
| 1:22-cv-03026 | Lowe v. City Of Chicago et al |
| 1:22-cv-04126 | Havrilla et al v. Centene Corporation et al |
| 1:23-cv-14098 | Powell v. Village of Homewood et al |
| 1:23-cv-15045 | Chicago & Vicinity Laborers District Council Pension Fund et al v. Wirkus Paving Company et al |
| 1:24-cv-00475 | Carter v. North Lawndale Employment Network |
| 1:24-cv-01348 | Davis v. Chicago Police Department et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Blakey**

| | |
|---|---|
| 1:18-cv-01301 | Shuhaiber v. Dart et al |
|     1:18-cv-01305 | Shuhaiber v. Illinois Department of Corrections et al |
|     1:18-cv-01370 | Shuhaiber v. Dr. Sood |
|     1:18-cv-01371 | Shuhaiber v. Cook County Jail et al |
|     1:18-cv-03290 | Shuhaiber v. Shulda et al |
| 1:18-cv-02447 | Perry v. Pfister et al |
| 1:21-cv-00319 | Fair v. Pfister et al |
| 1:21-cv-03672 | Dukes v. Washburn et al |
| 1:21-cv-04827 | Khan v. HCL America Inc. |
| 1:23-cv-03500 | Flawless Kickz, LLC v. Kottio Consultations LLC et al |
| 1:23-cv-04121 | Darvin Furniture and Appliance of Orland Park, Inc. v. Wayfair LLC |
| 1:23-cv-05664 | Dukane Corporation v. The Charter Oak Fire Insurance Company |
| 1:23-cv-12589 | Brown v. Prologistix |
| 1:24-cv-00330 | Tolbert v. Circana |

**Civil Cases Reassigned from Judge Maldonado to Judge Bucklo**

| | |
|---|---|
| 1:19-cv-08112 | Arkeyo LLC v. Saggezza, Inc. |
| 1:20-cv-04882 | Richardson v. Blessing et al |
| 1:21-cv-01534 | Quality Custom Distribution v. International Brotherhood of Teamsters, Local 710 |
|     1:21-cv-02521 | Local 710 v. Quality Custom Distribution |
| 1:22-cv-00568 | Martinez v. Wills |
| 1:22-cv-02894 | Reliford v. Monti et al |
| 1:23-cv-00080 | Perkins v. Mandarich Law Group, LLP, |
| 1:23-cv-02253 | Rabiu v. Abbott Laboratories |
| 1:23-cv-16406 | Zielonksi v. eHealth Insurance Services, Inc. |
| 1:24-cv-00207 | Trademark Owner Identified in Exhibit 1 v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:24-cv-01400 | Stecich v. Menard, Inc. |

**Civil Cases Reassigned from Judge Maldonado to Judge Chang**

| | |
|---|---|
| 1:16-cv-06947 | Sullivan v. Melvin et al |
| 1:18-cv-00076 | 3Cloud, LLC v. Concurrency, Inc. et al |
| 1:19-cv-01374 | Howe v. Speedway LLC et al |
| 1:21-cv-01668 | Noe et al v. Smart Mortgage Centers, Inc. et al |
| 1:21-cv-05285 | Administrative District Council 1 Pension Fund v. LCS Construction Co. et al |
| 1:23-cv-02816 | Brandt v. Amazon.Com, Inc. et al |

| | |
|---|---|
| 1:23-cv-03434 | Hodovaniuk v. The United States of America |
| 1:23-cv-05466 | Westbrooks v. K. Brasky |
| 1:23-cv-15819 | Lopez v. Fasana et al |
| 1:24-cv-00975 | Mamma Maria's Pizza et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Coleman**

| | |
|---|---|
| 1:16-cv-05486 | Viamedia, Inc. v. Comcast Corporation et al |
| 1:17-cv-07991 | Doe v. Board of Trustees of Northern Illinois University |
| 1:20-cv-05500 | Hyper Microsystems Incorporated v. Legacy Micro, Inc. |
| 1:21-cv-03065 | Thompson v. Santerelli |
| 1:22-cv-01617 | Heller v. Curaleaf Holdings, Inc. |
| 1:22-cv-02975 | Shanmugavelandy v. AbbVie, Inc |
| 1:22-cv-06581 | Trustees of the Mid America Carpenters Regional Millmen Pension Fund et al v. Oetee, LLC. |
| 1:23-cv-02776 | Box v. Wilks et al |
|     1:24-cv-03616 | Box v. Slattery et al |
| 1:23-cv-03315 | Sheikh v. Jung et al |
| 1:23-cv-16081 | Total Quality Logistics LLC v. DeSantis |

**Civil Cases Reassigned from Judge Maldonado to Judge Cummings**

| | |
|---|---|
| 1:18-cv-02679 | Mays v. Pfister et al |
| 1:21-cv-03940 | Villalpando v. A-1 Outdoor Maintenance, Inc. |
| 1:22-cv-03238 | Bozzi v. Cook County Sheriff Department et al |
| 1:22-cv-07341 | Kilroy Watkins v. Illinois Department of Child & Family Services |
| 1:23-cv-02240 | Jaworski. v. Trianafillo. |
| 1:23-cv-04195 | Shebesh v. Ancestry.com et al |
| 1:23-cv-13848 | Nasserallah et al v. Trojan |
| 1:23-cv-16149 | Gbargaye v. Sanofi-Aventis U.S. LLC |
|     1:23-cv-16153 | James v. Sanofi S.A. et al |
| 1:23-cv-16486 | LG CONSTRUCTION GROUP, LLC v. Grange Insurance Company |
| 1:24-cv-00035 | Sharp Shirter, Inc. v. The Partnerships and Unincorporated Associations Identified in Schedule A |

**Civil Cases Reassigned from Judge Maldonado to Judge Daniel**

| | |
|---|---|
| 1:16-cv-06418 | Daddono v. United States of America et al |
| 1:21-cv-03334 | Scott v. Director of IDOC, Rob Jeffreys et al |
| 1:22-cv-07315 | Pineda v. Ortiz |
| 1:23-cv-01620 | Rezac v. Home Depot U.S.A., Inc. et al |
| 1:23-cv-01823 | Gwinn v. City of Chicago et al |
| 1:23-cv-02802 | Watkins v. Friedlander |
| 1:23-cv-03704 | Ize-Iyamu v. WalMart |
| 1:23-cv-06434 | Zhang et al v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A |
| 1:24-cv-00287 | Refurble Inc. et al v. Su |
| 1:24-cv-00336 | Osmonbekov v. Mayorkas et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Durkin**

| | |
|---|---|
| 1:15-cv-06869 | Coe v. Atkins. |
| 1:19-cv-08507 | Joliet Avionics v. Lumanair, Inc. et al |
| 1:20-cv-06756 | Smith v. Pfister et al |

| | |
|---|---|
| 1:22-cv-00757 | Bobby Curry v Pedro Guzman |
| 1:22-cv-03239 | Nextpulse, LLC v. Life Fitness, LLC |
| 1:23-cv-00364 | Kampf v. Target Corporation |
| 1:23-cv-01389 | Trio v. Amazon Web Services, Inc. |
| 1:23-cv-02629 | Freeman v. City Of Chicago et al |
| 1:23-cv-15143 | Juste v. Turning Pointe Autism Foundation et al |
| 1:24-cv-00263 | Williams v. Loyola Medical Staff et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Ellis**

| | |
|---|---|
| 1:18-cv-07330 | United States of America v. Oehler et al |
| 1:19-cv-01468 | Kibbons v. Board of Education of Taft School District 90 et al |
| 1:20-cv-04893 | Brown v. Montgomery et al |
| 1:21-cv-03084 | Venticinque v. City of Chicago Department of Aviation |
| 1:21-cv-04081 | CCP GOLDEN/7470 LLC et al v. BRESLIN et al |
| 1:21-cv-05543 | Lorenzo v. State of Illinois Department of Human Services et al |
| 1:23-cv-03518 | Howard v. Dart et al |
| 1:23-cv-05030 | Grindling v. Cathay Pacific Airways, Ltd. |
| 1:23-cv-05897 | Booker v. Dart et al |
| 1:23-cv-13982 | Thompson v. The Village of Monee et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Gettleman**

| | |
|---|---|
| 1:17-cv-02877 | White v. City Of Chicago et al |
| 1:19-cv-07868 | Pable v. Chicago Transit Authority et al |
| 1:20-cv-03112 | Petties v. McGruder et al |
| 1:21-cv-00085 | State of Illinois Ex. Rel Ken Elder v. JPMorgan Chase N.A. |
| 1:22-cv-00178 | Gaskew v. O'Malley |
| 1:22-cv-03509 | Reflection Window & Wall, LLC v. Talon Wall Holdings, LLC et al |
| 1:23-cv-01727 | Gomez et al v. Bart GC Corp. et al |
| 1:23-cv-03085 | Montgomery v. Village of Dolton |
| 1:23-cv-15882 | Meacham v. United States Department of Education Office for Civil Rights |
| 1:24-cv-01137 | Brunett & Esnard IP, LLC v. The Partnerships and Unincorporated Associations Identified in Schedule A |

**Civil Cases Reassigned from Judge Maldonado to Judge Gottschall**

| | |
|---|---|
| 1:19-cv-01844 | Kleronomos v. AIM Transfer & Storage, Inc. et al |
| 1:21-cv-05889 | Clevenger v. A.M. Castle & Co. |
| 1:22-cv-06393 | King et al v. JDM Expedite Inc. |
| 1:23-cv-16121 | Su v. Turner et al |
| 1:24-cv-01394 | YUSUF v. Chicago Police Department |

**Civil Cases Reassigned from Judge Maldonado to Judge Harjani**

| | |
|---|---|
| 1:18-cv-05122 | Sanders v. City Of Chicago et al |
| 1:19-cv-05287 | Consolidated Chassis Management LLC et al v. Northland Insurance Company |
| 1:21-cv-00351 | Ojimba et al v. Moore, NP et al |
| 1:22-cv-03695 | American Airlines, Inc. v. The Individuals and Entities associated with the domains identified in Exhibit A. |
| 1:23-cv-01410 | Berry v. The Board of Trustees of The University of Illinois |
| 1:23-cv-04347 | Benavidez v. JPMorgan Chase Bank N.A. |
| 1:23-cv-14067 | Shelby v. Franciscan Alliance, Inc. |
| 1:23-cv-14103 | Garcia v. HOME DEPOT U.S. A. INC, |

| | |
|---|---|
| 1:24-cv-00470 | Paz Ramirez et al v. Green Leaf Thai Limited et al |
| 1:24-cv-00575 | Urquizo v. United States of America |

**Civil Cases Reassigned from Judge Maldonado to Judge Hunt**

| | |
|---|---|
| 1:19-cv-01761 | Taylor v. Willis |
| 1:20-cv-01940 | Kohl v. Davis et al |
| 1:21-cv-03134 | Banner Life Insurance Company v. Kutrubis et al |
| 1:21-cv-05756 | Turow v. Glazier |
| 1:22-cv-01266 | LaChance v. Community Consolidated School District 93 |
| 1:22-cv-06046 | Harris v. City of Chicago et al |
| 1:22-cv-07193 | Matthews v. Wexford Health Sources, Inc. |
| 1:23-cv-01738 | Lugo v. Guevara et al |
| 1:23-cv-01793 | Dalton v. Sweet Honey Tea, Inc. |
| 1:23-cv-02033 | B v. Waubonsee Community College |

**Civil Cases Reassigned from Judge Maldonado to Judge Jenkins**

| | |
|---|---|
| 1:19-cv-00129 | Henderson v. City Of Chicago et al |
| 1:20-cv-01191 | Thompson v. Wexford Health Sources Inc. et al |
| 1:20-cv-02262 | Laborers' Pension Fund et al v. Proven Contractors, Inc. |
| 1:21-cv-04350 | Hicks et al v. P.O. Jenkins #8917 |
| 1:21-cv-04770 | Royal v. Hamiti et al |
| 1:21-cv-04976 | G.T. v. Samsung Electronics America, Inc. |
| 1:23-cv-01742 | Gecht v. Guevara et al |
|     1:23-cv-04279 | Kwil v. Guevara et al |
|     1:23-cv-15375 | Hernandez v. Guevara, et al. |
| 1:23-cv-01767 | Farner v. Dr. Conlin et al |
| 1:23-cv-04374 | Freeman v. O'Malley |
| 1:23-cv-14786 | Pittman v. Halloran et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Kendall**

| | |
|---|---|
| 1:13-cv-09339 | Feit Electric Company, Inc. v. CFL Technologies LLC |
| 1:20-cv-02523 | Sha-Poppin Gourmet Popcorn LLC v. JPMorgan Chase Bank, N.A et al |
| 1:21-cv-00549 | Gordon v. Board of Education for the City of Chicago ("CPS") et al |
| 1:22-cv-02193 | Clarity Laboratories LLC v. Morris SNF Management, LLC |
| 1:22-cv-05978 | Allen v. City of Chicago et al |
| 1:23-cv-01821 | Colon v. Krnobabic |
| 1:23-cv-02667 | Pena vs Cerence Inc. |
| 1:23-cv-17031 | Gade v. Outback Steakhouse of Florida, LLC |
| 1:23-cv-17064 | Canel v. Art Institute of Chicago et al |
| 1:24-cv-00867 | Hendrick v. City of Chicago et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Kennelly**

| | |
|---|---|
| 1:15-cv-11746 | Miller v. Lake County Jail et al |
| 1:19-cv-02321 | Richardson v. Kharbouch |
| 1:19-cv-08437 | Gomez v. Rihani et al |
| 1:20-cv-02118 | Miller v. O'Malley |
| 1:21-cv-01366 | Hernandez v. The Professionals, Inc. et al |
| 1:22-cv-00583 | Doe v. Board of Education of The City of Chicago A Municipal Corporation |
| 1:22-cv-01575 | Advanced Physical Medicine of Yorkville, Ltd. v. Cigna Healthcare of Illinois, Inc. |
| 1:23-cv-02710 | Brown v. Cook County Sheriff's Office et al |

| | |
|---|---|
| 1:23-cv-16130 | Brown v. Dart et al |
| 1:23-cv-15231 | Sopczak v. The Floor 4U.com, LLC et al |
| 1:24-cv-00931 | Revels et al v. Forsage, Inc. et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Kness**

| | |
|---|---|
| 1:19-cv-04652 | Santiago v. City Of Chicago |
|     1:22-cv-05827 | Santiago et al v. City of Chicago |
| 1:19-cv-07280 | McNease et al v. Laldee et al |
| 1:21-cv-06555 | Sauer v. Herminstyne et al |
| 1:22-cv-00014 | RSUI Indemnity Company v. Fireside Terrace Condominium Association, Inc. et al |
| 1:22-cv-05160 | Paynter v. BG Medical, LLC et al |
|     1:22-cv-05509 | Keel v. BG Medical, LLC et al |
|     1:23-cv-02680 | Hornbeck v. BG Medical, LLC et al |
| 1:22-cv-06201 | Allison v. TransUnion LLC |
| 1:23-cv-03913 | Owens v. Plainfield Community Consolidated School Dist. # 202 et al |
| 1:23-cv-16493 | Mide v. R. R. Donnelley & Sons Company |
| 1:23-cv-17055 | Huntington Distribution Finance, Inc. v. Bill Eads RV's Inc. et al |
| 1:23-cv-17164 | Meakens v. Walsh et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Lefkow**

| | |
|---|---|
| 1:17-cv-02153 | Alarm Detection Systems, Inc. et al v. Village of Schaumburg et al |
| 1:21-cv-06624 | Jane Doe v. Fenix Internet, LLC |
| 1:22-cv-06380 | Sievert Electric Service and Sales Company v. Storako et al |
| 1:23-cv-02921 | Kim v. Jump Trading, LLC et al |
| 1:23-cv-15860 | The Northwestern Mutual Life Insurance Company v. Simon |

**Civil Cases Reassigned from Judge Maldonado to Judge Pacold**

| | |
|---|---|
| 1:20-cv-05227 | Securities and Exchange Commission v. Fife et al |
| 1:20-cv-06157 | Lazaro v. BNSF Railway Company et al |
| 1:22-cv-02899 | Hosty v. Sunrise Flossmoor Assisted Living, LLC |
| 1:22-cv-03232 | James v. Cook County et al |
| 1:22-cv-05999 | Gresham v. City of Chicago et al |
| 1:23-cv-01990 | Flaherty v. Hello Products LLC |
| 1:23-cv-15944 | Sutton v. Benevolent and Protective Order of Elks of the United States of America |
| 1:23-cv-16650 | Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Cristian Trucking, Corp., an Illinois corporation |
| 1:23-cv-16995 | Firestone Financial, LLC v. L.S.T. Transport Inc. et al |
| 1:23-cv-17068 | FitTrack, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A |

**Civil Cases Reassigned from Judge Maldonado to Judge Pallmeyer**

| | |
|---|---|
| 1:10-cv-06331 | United States of America v. Mikos |
| 1:21-cv-00577 | McKay v. City Of Chicago et al |
| 1:22-cv-05432 | Structural Iron Workers Local No. 1 Pension Fund v. VMR Contractors, Inc. |
| 1:23-cv-02429 | Billups v. City Of Harvey et al |
| 1:24-cv-01366 | Luttrell v. Deltax LTD et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Rowland**

| | |
|---|---|
| 1:17-cv-07216 | Medline Industries, Inc. v. C.R. Bard, Inc. |

| | |
|---|---|
| 1:19-cv-00176 | Hytera Communications Corporations LTD. et al v. Motorola Solutions Inc. |
| 1:21-cv-00426 | Ballantine et al v. Village of Mokena |
|     1:22-cv-00818 | Ballantine et al v. Village of Mokena |
| 1:21-cv-02188 | Smith v. Dart et al |
| 1:21-cv-05036 | Woods v. O'Malley |
| 1:22-cv-04211 | Driver v. LQ Management LLC |
| 1:23-cv-03276 | Berczy et al v. Ahern Rentals, Inc. et al |
| 1:23-cv-04650 | Locke v. Chicago Family Health Center |
| 1:23-cv-14878 | Renee Annette Washington v. JPMorgan Chase Bank N.A. |
| 1:24-cv-00704 | Reed v. JP Morgan Chase Bank, N.A. |

**Civil Cases Reassigned from Judge Maldonado to Judge Seeger**

| | |
|---|---|
| 1:17-cv-04699 | Hill v. City of Harvey et al |
| 1:20-cv-00803 | Kelly et al v. Tally et al |
| 1:20-cv-04791 | Nunzino Pizza et al v. Hop Head Farms LLC et al |
| 1:20-cv-05337 | City of Aurora v.BS Iron, Inc.., |
| 1:22-cv-02785 | Bowman et al v. Chicago Housing Authority |
| 1:22-cv-02909 | Havens et al v. Instant Brands, Inc. |
| 1:22-cv-05989 | Johnson v. City of Chicago et al |
| 1:23-cv-03134 | Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Franco Hauling, LLC |
| 1:23-cv-15908 | Craddock v. Hinthorne et al |
| 1:24-cv-01205 | Pilot Travel Centers LLC v. Royal Expedited LLC et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Shah**

| | |
|---|---|
| 1:17-cv-07241 | Carter v. City Of Chicago et al |
| 1:19-cv-07888 | Freeland v. Lorenzini & Associates, Ltd. et al |
| 1:20-cv-04595 | Kelley-Lomax v. City Of Chicago et al |
| 1:21-cv-02198 | Braxton v. Menard Inc. |
| 1:22-cv-00226 | Direct Steel, LLC v. American Buildings Company |
|     1:22-cv-03860 | United States of America, ex rel. Direct Steel LLC, d/b/a Direct Steel and Construction v. American Buildings Company |
| 1:22-cv-02643 | Young v. City of Chicago et al |
| 1:23-cv-00238 | Letoski et al v. The Coca-Cola Company |
| 1:23-cv-03298 | Wright v. City Of Chicago et al |
| 1:23-cv-15996 | Dynacom Management LLC et al v. United States Liability Insurance Company et al |
| 1:24-cv-01233 | Santoyo v. Cook County Sheriff's Office |

**Civil Cases Reassigned from Judge Maldonado to Judge Tharp**

| | |
|---|---|
| 1:18-cv-01733 | Tyson v. Cook County Jail et al |
| 1:20-cv-06034 | Maxum Indemnity Company v. Powertrain Rockford Inc. et al |
| 1:21-cv-03247 | Woodson v. Village of Steger, Illinois, The |
| 1:21-cv-03621 | Jones v. Wilks et al |
| 1:22-cv-03159 | Hines v. United Airlines, Inc. |
| 1:23-cv-03538 | Shelton v. AT&T Services Inc. |
| 1:23-cv-06033 | Sorrell v. Aurelios RP, LLC |
| 1:23-cv-11441 | Gray v. Walgreens Boots Alliance, Inc. |
| 1:24-cv-00286 | Sanders v. SIGNODE INDUSTRIAL GROUP LLC |
| 1:24-cv-00305 | Martinez Jimenez v. Cafe Basil Groups, LLC et al |

**Civil Cases Reassigned from Judge Maldonado to Judge Valderrama**

| | |
|---|---|
| 1:19-cv-02394 | Seeks v. The Boeing Company |
| 1:20-cv-01745 | Silberman v. Scalia |
| 1:20-cv-02433 | Stephens v. Collins et al |
| 1:21-cv-06239 | Collier v. Illinois Department of Human Services |
| 1:22-cv-01648 | Tiz, Inc. v. Southern Glazer's Wine and Spirits, LLC et al |
| 1:22-cv-04234 | Keeling v. Collection Professionals, Inc. et al |
| 1:23-cv-04363 | Oak Lawn Respiratory and Rehabilitation Center, LLC v. United States Small Business Administration et al |
|     1:23-cv-04367 | Parkshore Estates Nursing and Rehabilitation Center, LLC v. United States Small Business Administration et al |
|     1:24-cv-01490 | Forest View Rehabilitation and Nursing Center, LLC v. The United States Small Business Administration et al |
| 1:23-cv-16472 | Annan v. AbbVie Inc. |
| 1:23-cv-16597 | GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation v. Haggerty et al |
| 1:24-cv-00069 | Wright v. United Airlines |

**Civil Cases Reassigned from Judge Maldonado to Judge Wood**

| | |
|---|---|
| 1:19-cv-01203 | Collins Engineers, Inc. v. Travelers Property Casualty Company of America |
| 1:19-cv-02564 | Montano v. Obaisi |
|     1:21-cv-06867 | Montano v. Wexford Health Sources, Inc. et al |
| 1:19-cv-06836 | Benson et al v. Newell Brands Inc.., |
| 1:21-cv-06517 | Berman v. The County of Lake |
| 1:21-cv-06879 | Garrett v. Walmart Inc |
| 1:22-cv-01856 | White-Peck v. Wexford Health Sources Inc |
| 1:23-cv-02493 | Krueger v. Reliance Standard Life Insurance Company |
| 1:23-cv-04698 | Molina v. S&S Truck Parts, LLC et al |
| 1:23-cv-16403 | Rainey v. Willis |
| 1:24-cv-00751 | Pawnee Leasing Corporation v. Mr. Munchies Food LLC et al |

**Criminal Case Reassigned from Judge Maldonado to Judge Alonso**

1:23-cr-00544          USA v. Richardson

**Criminal Case Reassigned from Judge Maldonado to Judge Cummings**

1:20-cr-00750          USA v. Nikolic, et al

**Criminal Case Reassigned from Judge Maldonado to Judge Daniel**

1:24-cr-00085          USA v. Brown

**Criminal Case Reassigned from Judge Maldonado to Judge Durkin**

1:23-cr-00178          USA v. Turner

**Criminal Case Reassigned from Judge Maldonado to Judge Ellis**

1:23-cr-00142          USA v. Alvi

**Criminal Case Reassigned from Judge Maldonado to Judge Gettleman**

1:22-cr-00303          USA v. Sheffield

**Criminal Case Reassigned from Judge Maldonado to Judge Hunt**

1:23-cr-00591          USA v. Dunlap

**Criminal Case Reassigned from Judge Maldonado to Judge Jenkins**

1:23-cr-00413          USA v. Donley et al

**Criminal Case Reassigned from Judge Maldonado to Judge Kendall**

1:23-cr-00113          USA v. Hoxha, et al.

**Criminal Case Reassigned from Judge Maldonado to Judge Kness**

1:23-cr-00603          USA v. Longstreath

**Criminal Case Reassigned from Judge Maldonado to Judge Rowland**

1:23-cr-00338          USA v. Cazares

**Criminal Case Reassigned from Judge Maldonado to Judge Shah**

1:23-cr-00450          USA v. Head

**Criminal Case Reassigned from Judge Maldonado to Judge Tharp**

1:23-cr-00643          USA v. Rodriguez