### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jun Fang, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-00207 |
| v. ) | |
| ) | Dist. Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | |
| ) | |
| Defendants. ) | |

**Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order**

Plaintiff seeks to extend the Temporary Restraining Order granted and entered by the Court on July 2, 2024 [Dkt. 29] by a period of fourteen (14) days until July 30, 2024. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated: July 15, 2024

Respectfully submitted,

/s/Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*