IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jun Fang, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 1:24-cv-00207 <br><br> Dist. Judge Elaine E. Bucklo |

**<u>Memorandum in Support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order</u>**

Plaintiff Jun Fang ("Plaintiff"), pursuant to Fed. R. Civ. P. 65(b)(2), seeks to extend the Temporary Restraining Order ("TRO") granted and entered by the Court on July 24, 2024 [Dkt. 29] by a period of fourteen (14) days until July 30, 2024.

This Court entered the TRO effective as of July 2, 2024, against the Defendants identified in Amended Schedule A to the Complaint. [Dkt. 29]. Since the TRO was entered, Plaintiff has been diligently working with third parties to ensure their compliance with the TRO. *See*, Declaration of Ilya Zlatkin at ¶ 2. As of July 15, 2024, the third parties collectively have not completed effectuating the TRO, including retraining financial accounts, but are working diligently to comply therewith. <u>Id</u>., at ¶ 3. Plaintiff also will cause the posting of the bond required by the TRO no later than July 16, 2024 (*i.e.*, the initial date of the TRO's expiration). <u>Id</u>., at ¶ 2.

Federal rules provide that a TRO entered without notice may be extended upon a showing, prior to expiration of the TRO, of good cause for such an extension. Fed. R. Civ. P. 62(b)(2). Plaintiff respectfully submits that such good cause exists to extend the TRO as a result of the high probability that the Defendants will continue to harm Plaintiff without the TRO being in place including, without limitation, relocating funds into inaccessible off-shore financial and bank

accounts. As discussed in Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Asset Restraint, and Expedited Discovery [Dkt. 10], and as this Court found, this possibility of harm is significant. In light of the foregoing, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until July 30, 2024.

Dated: July 15, 2024

Respectfully submitted,

/s/Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*