JC



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# FILED

JUL 16 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REGISTRY DEPOSIT INFORMATION FORM

Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. Case Number  24-CV-00207
2. Case Title  Fang v. The Partnerships et al.
3. Moving Party  Plaintiff Jun Fang
4. Amount of Deposit  $21,000.00
5. Are the funds being deposited as interpleader funds under 28 U.S.C. § 1335?   Yes   (No)
6. If "yes," do you anticipate interim disbursements of funds for case expenses before the court determines the ownership of the funds?   Yes   No

N/A

_____
Attorney or Unrepresented Party

07/16/2024
Date

Rev. 03222017