**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jun Fang, et al.

                                             Plaintiff,

v.                                                          Case No.:
                                                            1:24−cv−00207
                                                            Honorable Elaine E.
                                                            Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                             Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 23, 2024:

        MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of
Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov.
Plaintiff's Ex Parte motion to extend the Temporary Restraining Order [32] is granted to
July 30, 2024. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.