**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:24-cv-00207<br>)<br>) Dist. Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | )<br>)<br>) |
| Defendants. | ) |

**Declaration of Ilya G. Zlatkin**

I, Ilya G. Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am the attorney for Plaintiff Jun Fang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Pursuant to the temporary restraining order ("TRO") [Dkt. 29] and since the TRO's entry, I am currently in communications with eBay to facilitate and effect a restraint and freeze of Defendants' accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this July 25, 2024

/s/Ilya G. Zlatkin
Ilya G. Zlatkin