# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang, et al.

                        Plaintiff,

v.                                                              Case No.: 1:24−cv−00207

                                                                Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 1, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for preliminary injunction [36] is denied. Attorney Ilya G. Zlatkin has failed to file an attorney appearance for Plaintiff Jun Fang and submit proposed preliminary injunction order to this court's proposed order email inbox. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.