IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| Jun Fang, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-00207 |
| v. | ) | |
| | ) | Dist. Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Preliminary Injunction Order</u>**

**THIS CAUSE** being before the Court on Plaintiff Jun Fang's ("Plaintiff" or "Fang") Motion for Entry of Preliminary Injunction ("Motion") against the defendants identified in Amended Schedule A to the Complaint and attached hereto ("Defendants") and using at least the online marketplace accounts identified in Amended Schedule A ("Defendant Online Stores"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety against all Defendants identified in Amended Schedule A.

This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Online Stores through which Illinois residents can purchase products using and bearing spurious versions of the following trademark: ("Plaintiff's Mark" or "Plaintiff Mark"):

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 6,718,796 | XBOOM! | For: Charms for key chains; Key chains; Key chains comprised of split rings with decorative |

| | | |
|---|---|---|
| | | fobs or trinkets; Metal key chains; Metal key rings; Non-metal key rings; Retractable key chains. class 014. |

The Court further finds that that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a TRO establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has made a *prima facie* showing of trademark infringement because: (i) the Plaintiff Mark is a distinctive mark and registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration No. 6,718,796; (ii) Defendants are not licensed or authorized to use the Plaintiff Mark; and (iii) Defendants' uses of the Plaintiff Mark are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff Mark irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Plaintiff's Mark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's Product or not authorized by Fang to be sold in connection with the Plaintiff's Mark;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product of Plaintiff or any other product produced by Fang, that is not Fang's or not produced under the authorization, control or supervision of Fang and approved by Fang for sale under the Plaintiff Mark;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Fang, or are sponsored by, approved by, or otherwise connected with Fang;

   d. further infringing the Plaintiff's Mark and damaging Fang's goodwill;

   e. otherwise competing unfairly with Fang in any manner;

   f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Fang, nor authorized by Fang to be sold or offered for sale, and which bear any of Fang's trademarks, including the Plaintiff's Mark, or any reproductions, counterfeit copies, or colorable imitations thereof;

 **g.** using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell

 **h.** infringing products; and

 **i.** operating and/or hosting infringing websites, online storefronts, and any domain names registered or operated by Defendants which are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's Mark or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine product of Plaintiff or not authorized by Fang to be sold in connection with the Plaintiff's Mark.

2. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, Wish, AliExpress, Joom, Vova, Walmart, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers such as PayPal, AliPay, Payoneer, Wish, Skrill, Ping Pong, and Amazon Payments, Walmart, and Internet search engines such as Google, Bing, and Yahoo (collectively, "Third-Party Providers") shall, within five (5) business days after receipt of such notice, provide to Fang expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

 **a.** the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them,

      including all known contact information, including any and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Online Stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Online Stores;

    c. any of the Defendant Online Stores;

    d. any other online marketplace accounts registered by Defendants; and

    e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, AliPay, Wish, Payoneer, Skrill, Ping Pong, and Amazon Payments, or other merchant account providers, payment providers, third party processors, and credit card associations (*e.g.*, MasterCard and VISA).

3. Upon Fang's request, those in privity with Defendants and those with notice of the injunction, including the Third-Party Providers as described in Paragraph 2, shall within five (5) business days after receipt of such notice:

    a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the Plaintiff's Mark;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Mark; and

    c. take all steps necessary to prevent links to the Defendant Online Stores identified on Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. PayPal, Wish, AliPay, Payoneer, Skrill, Ping Pong, Walmart, and Amazon Payments, and any banks, savings and loan associations, payment processors, or other financial institutions, including any Third-Party Providers, shall, within five (5) business days of receipt of this Order, for any Defendant or any of the Defendant Online Stores:

    a. locate all accounts and funds connected to Defendants or the Defendant Online Stores, including, but not limited to, any PayPal, Wish, AliPay, Payoneer, Skrill, Ping Pong, Walmart, and Amazon Payments accounts connected to the Defendant Online Stores identified in Amended Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Fang may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Complaint, this Order, and other relevant documents on

a website and by sending an e-mail, to the e-mail addresses identified by third parties, that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "**awh750ry01 and all other Defendants identified in the Complaint**" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. All documents previously filed under seal, including without limitation Amended Schedule A to the Complaint [Dkt. 21] and the TRO [Dkt. 29], are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on three (3) days' notice to Fang or on shorter notice as set by this Court.

9. The $21,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Date: August 1, 2024

_____
U.S. District Court Judge Elaine E. Bucklo

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 1:24-cv-00207 <br><br> Dist. Judge Elaine E. Bucklo |

**Amended Schedule A**

| Def. | Store Name | Store URL / ID | Listing URL |
|---|---|---|---|
| 2 | awh750ry01 | https://www.ebay.com/str/awh750ry01?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404034305033?hash=item5e12523c09:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoKmIYvPqLn02DbfFM5W9U5Wz7kd%2ByA3WTLzHjQry%2B%2Fj1i290r32oAeczHJNIzmZwsSAnT6oE%2BCBxHcS4hC8yMW6XAJrXVhQLuZC2mExIFSeL%2Fds8qpJuMXuRyZbHdXycwoPT5saGk4trSKFLu4M6KMGxQAfjw4qNd5BJbHnlRO8mRYOrTPW0hgxJnMBHRQq3Gpec0Ta5MJ88b4Rn%2FwzTY3Q%3D%7Ctkp%3ABk9SR5TalvydYQ |
| 3 | black_wuchang | https://www.ebay.com/str/blackwuchang?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/354327130816?hash=item527f8af2c0:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAA8G58EWiuC7XkpVLpXol1GTbC%2FD210xu0sBXX%2BWubivvOaPz5yNpgqaWlemZrMN17sIGun5bqO8w18w8AXDyQftEAbzQG1gHq7ppoISMrhWdK1Y96bn%2FrGd%2FSD%2F29w3JEiDMMfI2E97YhZcHsLuXF4oNGTxv7Tq8E9ZYsKx%2FKFYWxnqgxonifeVPD%2BfBtiRn1789lbICYgrEjMoWwJEo9j96e6BWP676NDELwUmhUnZQOccMwfsdfnfX32yz9Vx3sV9%2BqlYq8%2BwETrsBmzgJHwYIcJmR%2FmI%2BmxsE2DsV%2Fi%2BzU5A%2FvARnfc78vm9t3Mib3%2 |

| | | | |
|---|---|---|---|
| | | | Fw%3D%3D%7Ctkp%3ABk9SR5zalvydYQ |
| 4 | cfmg88_39 | https://www.ebay.com/str/cfmg8839?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/403901517796?hash=item5e0a680fe4:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoKOlhNFusZX8jE1Tad2N4Fv97d9wq7bae%2BP1pooowgxIk7fsAgcKvx2AWDFLcq%2Bz%2F%2FkS7Bkeil%2Fs7HuInK5kgE7Z8GbfQvZP5xRT9wCHoIkK5gu8tG0ixktqLVKJPk4pcFYsj8DODNR12J6OqLXUnUJvoazeqtO3Ty0NiYt3atoX%2FN7qwZrSZPRm0yHS5jyfOUezyIVNP4o2X2wt5BzUbEM%3D%7Ctkp%3ABk9SR-T--v6dYQ |
| 5 | da1xiong | https://www.ebay.com/str/da1xiong?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/285025114764?hash=item425cd21a8c:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAA8JFazcabEbZ3r2wEn3xeut%2F6CjsD%2ByuAYQ4mRDoEoLCqGyXbx53SKsgAtMsbj9wYr6p8HLycjgyZjnbn1Uw8MLzC6CtqD5S4uRKY8F02namOcu%2FCKmj4XhsEymrndKmZxaX0o0kPFEvVOAk85nB7bfXz6gPh7nb0HKtqYRObVlA79FiJMsV%2FqNpWn%2F4qLWxdDq8NoHtQD1wG9l9YcaaidK1KFn4q6y5bkpcPgf6E%2B8XWf4H4%2BBkQbu34Utu8%2BEJzCPP4tDzdmsUzMX1j4USS9RKL9B0KuqzT0VbktM7c%2Fnxh0vmIpm2g%2B7hXptT5sseyExg%3D%3D%7Ctkp%3ABFBMiNqW_J1h |
| 6 | december_de | https://www.ebay.com/str/decemberde1?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/354156167931?hash=item52755a42fb:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoJASzJvoISvmSNJSA0EoNqvo%2FWcWWZEIzHR2VzsYnMGwseYM5PjzmdXp38IllSaOwxhiK3MX7lggp7xXnEPjzuvn5wtWh5MWQe47FUM3mIF%2BQpTmYRy13Z1iZ5W4sjJq9GnkJFDiSuywtYKYkmXgaauajCJXz9wN8%2Ffophy9QdGVfo3%2BYzEokUHzI4t77HQmA0GXsMW%2FFCZYwNnfZBO4otA%3D%7Ctkp%3ABk9SR5LalvydYQ |
| 8 | dfdiqi05 | https://www.ebay.com/str/dfdiqi05?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/354148210062?hash=item5274e0d58e:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoMSr0kS7fYkxPVgUUlVJ |

| | | | |
|---|---|---|---|
| | | | oh1%2BtRMb8ps0S3m2Au2kNBOJ2T0PrqwSwyQVPxAbZ6OgqOALZ9Rh2Fc8xQJqWsjLKivv4GgfUyULq6K0gzCVkyQdIyx53aiDWEi14g3NP%2Bc0DlQaDtwQ%2FPcapG8YU47A4bk2P%2F%2FCbi%2BLrqu3j%2Bta40jPM9Ki%2F0vKqd4Whbpy2N%2BYUS93%2F8wJ02UrQ%2BzKx0Wqs%2Bs%3D%7Ctkp%3ABk9SR5ralvydYQ |
| 11 | enuoyan2 | https://www.ebay.com/str/enuoyan2?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/165815174295?hash=item269b5ac497:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoAfkbVCNMsjQ3olcY8yaEdXiypXOez7Cfrvj%2B7bFp9Iv5l7Xt%2FoEHMzGKY9Z22DNagyXJxRgMZzDg4rX4EuH26ixR5ihgu57WzOjBo%2BI5NV5kqyPYdXSZOGBKOfUIMBTu5mWK8BIVJ5uiM8AUhIq1ZH0DL57RVeE%2F7AMr7QlYjX7UqhQWtO7TMtM4%2F282jd10vQpBoRT7Xh0lt8nb4HdAic%3D%7Ctkp%3ABk9SR5balvydYQ |
| 13 | expand-base | https://www.ebay.com/str/expandbase?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/144833672324?hash=item21b8c27484:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoOZOyrHnHW2IyhYkY%2FFWM3yadg6TGn8OPvMqVRyarCeiiYrhcdP9%2Bx7v7X0fo1IqJyjwQRO0hthMHGSKp2GVVfPUqO2K9IaFSRhGCCRT6mT3skNFtv8%2FTJFXuW0QQhWTgvnNIlVI882dPFfF56srsT2AwbZz1q0%2FeoW25K2ze2DlJoEi%2Bdi0JXLOl4sDf6ulJyuduHYXJB9nqIovPzBtavg%3D%7Ctkp%3ABk9SR5zalvydYQ |
| 14 | fengxingh38 | https://www.ebay.com/str/fengxingh38?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/313994084242?hash=item491b817f92:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAA8GJxMnjkss9q5JF1fytPP2zZvURN6JmUF1T3fXtNnEujy3NwBGCX6v%2BiRzQ9k5vPQTAw8FzNcASw%2BaS%2F7AhRozHnG1i22Eju4rC%2Fdp%2BxfAIgzRbR%2FWoZ1J1oTHyXNsXlBf6fesjNeXFXbWd7munFvlUZ8av%2FdsmzIAorbJyrwzLuIAfE6bZDU2a9Yt5EVaA7b7%2F6D3N42M5tXT7mb8F1YrM%2F%2BhkIGqNcJK8v9QbsQr%2Fn8CGKvnUtdqygOCOX4f2yAli8B9Ff1gQ |

| | | | |
|---|---|---|---|
| | | | 9%2BbhcYcfFJfHeBpw3YHkJKjDl7RXAPW5vZ39Lgf29NZjnMbA%2BTceuGg%3D%3D%7Ctkp%3ABk9SR6ralvydYQ |
| 16 | huabuwan1 | https://www.ebay.com/str/huabuwan1?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/304685304022?hash=item46f0a8c8d6:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAA4GMylQFxPmUImFpJ1wCCoZ7wMuQOOrPT4gA2uRhG1Y2W9QyVKNZmf0e7Jic2Gq8RxgDm01KbLCuMug9o%2F7k74EXY7E7j3yuCoJYEiPkMjASpROawlta7f8zH%2BvthBtxDLwEG8jhT8u3od5xiyqnU5QqNaoAQ%2FVWWEPEyv%2BQHUyWedGw2h%2FZFQBSxD52Ua5JL%2BSiBm%2FHDCAebQX8ud05t0CeIGiNGRVvb3j10I8u3QL6DNfLROIhjD5Ex27nBvAQPQFBoQjhCVhu4%2FinOJemMbP4M0vdjYYYreA%2BiXi15YpAe%7Ctkp%3ABk9SR6TalvydYQ |
| 18 | lianjia-wa | https://www.ebay.com/str/lianjiawa?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/225165968559?hash=item346cf004af:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAAoCqXe6Bzifp6bvEiShVhalcCmmJ2LNj8RBZArnYDK%2Bi5eRN%2Fq6Po%2F6zY%2FB%2Fw8bN0Ig7mPFTjXW8APYju9N%2FQ0vwN7l2CrdZTZu%2BhOWanZPGOuhrbmnMH8192e1AHebCjxLNq8TGo7Bylhuzp6FCOQcBhiWB1LUthwQ9JsnNiH%2Fx4I6nxzLWwbwhutKPMSGUvPyjXO5Q4HYV8ymiktciStaE%3D%7Ctkp%3ABk9SR4CT  2dYQ |
| 19 | lorret29 | https://www.ebay.com/str/lorret29?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/144834953507?hash=item21b8d60123:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAA8BSObaOIvbiz8QizSakjlneAjfJTxJDo5p%2F1KMDILX7Vw1tt6D5d8YvXeKPRzJQcaBJa7LugS8AZQvrluDnvtGyoc0y2tehzDHPnVUW9V3CzrEDAZ%2BIMAOlMVazqsFaLJBq4yp99R8r6qwK0HxR0%2BHHiQfeB%2BW1kxfkMdYLpwkSpKuCrr9xQNhePq%2BzDaO%2FdPfg8p8U4IfEemlBtUwstWu%2FKxHz1WO8JW3OaB8EFnou9mReQXyreNL5GoFPHnH8BcxFkdnVTPdl6RGW8mz5fXqI1xbQkaahq7CAfN0S36pLwjDZpuQb1zjYMkgvXBtJa3w%3D%3D%7Ctkp%3ABk9SR5jalvydYQ |

| | | | |
|---|---|---|---|
| 22 | naofa-5780 | https://www.ebay.com/sch/naofa-5780/m.html?item=394220545637&rt=nc&_trksid=p2047675.m3561.l2562 | https://www.ebay.com/itm/394220545637?hash=item5bc9602665:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoHrIAsImEy8%2BMSRNNfgR92bxfO8Baf5ivCHOf3NSCSEuZbUrdBvma4OpipUseZgF98JxW3D6Qkw6cbvcfidBACO9bmwReeibFxGEVWvS%2FO8hGPpKqaUi%2FB%2BZpFeVVFGfssBa%2FDjk0Y0d2%2BDb9wicLFHDEzLKBdfW99pK8t1y4xPI%2B3W8SEUarhI%2B%2Bc8uBONnYxUkdIal7hOPCUAT5HLTY5c%3D%7Ctkp%3ABk9SR6TalvydYQ |
| 27 | qhov61 | https://www.ebay.com/str/qhov61?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/185682942244?hash=item2b3b90d924:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoA%2BvN2fqiEXXeZovfvDYennaicFbmX2A0xkyHlf6gxEr4Fxxw6%2BU8yPJ%2Fpzm3L02RgDNgsAdxTYWo2C6CuKAokUrpU65RrBuWzY9Z8uQTZrYr1ckl8eewnJeZdyQFGGLZkTNbEGagBdgdS45%2BGk3%2BFmF%2BHDVtsv6JZUGpPy%2BB4AyZilyVTtl%2BcXevD1i23wire80NacbgZrpMxQjfVQPo7Y%3D%7Ctkp%3ABk9SR6LalvydYQ |
| 29 | shang.sunny | https://www.ebay.com/str/shangsunny?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/125314398741?hash=item1d2d51fa15:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA8LuQ9QQMvjzRRdS1aKia67FM9EAwJgPrfQAECtL0f2p1uv1wb1Rg4yRSnl4cdj91FPB2mKsCbfIHUjZgjVCnG2e1NsU69BUUMRFRGy35tRl1aP63tPQIS0UMGUpqLct10DTjLIZm8t0aifj1IcQES70yYAGmLzYqkWhCUmpBzTI4gFXvKBzDvvgNZ1uNYx%2BnQZhOoRdRoskohHYFEDBSluWa2mkcB3l9L1f8RY6IbYp56dkqJjnGPAihfhEuh%2FJSlYrCer%2F2TWJi%2BBKgfMRnQqOT1D6eVZNvPChPSAk1iQPTDWa1rY2x64Gg0kEDsb39Og%3D%3D%7Ctkp%3ABk9SR5LalvydYQ |
| 31 | shaoyo-5 | https://www.ebay.com/str/shaoyo5?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404028561844?hash=item5e11fa99b4:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoPnc9zjUpj6UyN%2BH9M3FjfcfeTEcZ1jO9RKrJQNRXHyFMhL |

| | | | |
|---|---|---|---|
| | | | o5HNStumbx7c1vyLm9JcGe9qd%2Fqnc14Yd69Hbxf5M9%2FKLV3uEZOrzWLez%2FA86pm9luuaD7W8wAYkRZukafZhQAkA3TuCuFP3vUvttkGrWiL3qGSBqS%2FIUKZbHjIt7lLWgbvYsKtK24kjdFHM8WrM3DPU%2B%2B7WfgV%2FUm9ICCIY%3D%7Ctkp%3ABk9SR6DalvydYQ |
| 34 | super-pandas | https://www.ebay.com/str/superpandas?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404024364934?hash=item5e11ba8f86:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoD%2FiwVw36yLHAOLy7fG%2BBrby%2BBYzVTMntLx6rVK2dBvQtFe%2B7ukyir9K9YyXtpnUFQrvJlj%2B2NNYfEgn2mvESp01UM0V4rF8fCO9gMlDNI%2BzieONGfr%2B2Y8s0uHCOWCpTfwt447wKlx3Stxu6D%2Fb0QYqnu4TXzd3uUY1bxF80ey4Ye8XdBVNaHnztET0LTjjWyQMs5dXX0G5ugRUyBltsFWk%3D%7Ctkp%3ABk9SR4yT__2dYQ |
| 36 | un-cover | https://www.ebay.com/str/uncover?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/403868711905?hash=item5e08737be1:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA4Ibn7BgQ%2FGQ3pcK9ZSSemvmkDDQEdfaJGSTkiFD5%2BExSil4e6gLqLO8tNhDkeOraT6Jhtiyy%2FxLOrCRbBULZpqvwa3qcZh1bguISSgSv6wPgo2%2B7Vm025S18nEKRM0N9iTxMyUYHqUtc3G4EcIPxccjaNDRaFAH34G3xgh%2F6dF0NSu1UO%2BkpuO9HJhiI7EeJPoG5HPWt0ajfbeaZlMg2Sn74wsvEPb4FGOVDvh%2BOaD%2B0c9g7m%2FCC1bO5qjkYUz7jozMCz5MLuKdr37OJz6GLMr21w73R3801MhLarU4pWrVs%7Ctkp%3ABFBMhpP__Z1h |
| 38 | whereshop.4 | https://www.ebay.com/str/whereshop4?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404038214630?hash=item5e128de3e6:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoME9IRivxEEyysVOFH5NZ1MB2rqDQbSzdhcRfDIy9Rln9xVIgF92Xa5qvUd9bQDxCnP87bX6pV8QJk70gcAvFjo9RIP%2BYZvBiBXqNLDuwmmNRWwdCIHMcrEG4Y6rKgo%2B9wBg05DAv07O7wY3WLM2pHjM1BrtH7dujmHFsVvhYi28KDWtUUeHB5f2iSsirewHJ2zJH7 |

| | | | |
|---|---|---|---|
| | | | KvMhPJs6ZpLEr5bPY%3D%7Ctkp%3ABk9SR5TalvydYQ |
| 39 | winter-frosts | https://www.ebay.com/str/winterfrosts?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/394223705625?hash=item5bc9905e19:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAA8FaXEKSSMC5hwcmbLHOWix5yu4dJy4EKehxXZ6xz3sbJETAZXA2LZQOdpjGkWFODzvArbAOI5bL%2FFzesn%2Fzav2%2Bjj0alTg6%2FSlg22zHnxzmSVgNgER2hRmiDyC4J5dGy%2FcizfUyXamg4Pc%2BHbo1Mb0nEDdKHftf%2BFq3c4U65iZzDtNPJA035AhN2lYTMud%2F%2FYMGE1nM6psElmSxz%2Bz%2B9qSzzt3S9DeT8WkzYFMFymW59PfieZvCBukxbaUNfuJyoHZrLWJ6aicQnzJ3s%2F7cF84XoXKvngyH%2F8Nz1p7ObYLYsZUZd44Z7OWJ2oL4xFi9eAg%3D%3D%7Ctkp%3ABk9SR6ralvydYQ |
| 42 | zhaog-10 | https://www.ebay.com/str/zhaog10?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/314217913837?hash=item4928d8dded:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAA8En54b8W2SEQ5YZmPEipaEV75bficphnle7jXqqp8eF1Q9LgAtpX5%2FFsLLj%2F1ZvcUuZ783Ugz0XJHgjE7uTUZ34jIrA2mEdUNprqLGBsw1ZKj4TMTE%2FMTYHVkQis49E9oEUbspBk44UXLFMXVVDQA6ghXQH16oSK8Do2eATPxZ7jTwry7FQpYeiFl1HxMxCLYgzdUSsNiw2uSwVgoW4dPSBe1S9H1VSAA1EbT6pSXt1VcYQa6E%2B36UQ6ChGvnYGxBy5TVZh9KtJOMWAP%2FVafn9UVWxdBOI%2FPqXmVKsq8MKBy2Whk0kMfqEO40SftUaettg%3D%3D%7Ctkp%3ABk9SR9b--v6dYQ |