UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:24-cv-00207 |
| v. | ) |
| | ) Dist. Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| Defendant. | ) |

**Plaintiff's Status Report**

1. **Service of Process.**

    a. Prior to the issuance of the preliminary injunction order [Dkt. 41], plaintiff had contacted eBay with the TRO, seeking expedited discovery.

    b. eBay promptly responded, but the files shared by eBay were encrypted and not capable of being decrypted, even using the password provided by eBay.

    c. Plaintiff is currently continuing to communicate with eBay to facilitate disclosure of information that will facilitate service of process in full compliance with the TRO's mandates with respect to electronic discovery [Dkt. 29 ¶ 6; Dkt. 41 ¶ 6.].

    d. Plaintiff has requested issuance of summons from the Court.

    e. Plaintiff has established a website for publication of relevant case documents and has published such documents on the website.

    f. Upon information and belief, eBay has informed Defendants of the pending nature of this case and has provided Defendants with a link to Plaintiff's website for the case and contact information for Plaintiff's attorney.

    g. Plaintiff anticipates fully effecting service on Defendants immediately upon resolving technical issues with eBay.

2. **Settlement Discussions.**

    a. No settlement discussions are currently ongoing with any Defendants.

3. **Additional Information.**

    a. Plaintiff's counsel has added all Defendants as parties within CM/ECF.

Dated:	August 12, 2024

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*