**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| Jun Fang, | ) |
|---|---|
| Plaintiff, | ) ) ) ) Case No. 1:24-cv-00207 |
| v. | ) ) Hon. Elaine E. Bucklo |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) |
| Defendants | ) |

## Amended Schedule A

| Def. | Store Name | Store URL / ID | Listing URL |
|---|---|---|---|
| 2 | awh750ry01 | https://www.ebay.com/str/awh750ry01?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404034305033?hash=item5e12523c09:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoKmIYvPqLn02DbfFM5W9U5Wz7kd%2ByA3WTLzHjQry%2B%2Fj1i290r32oAeczHJNIzmZwsSAnT6oE%2BCBxHcS4hC8yMW6XAJrXVhQLuZC2mExIFSeL%2Fds8qpJuMXuRyZbHdXycwoPT5saGk4trSKFLu4M6KMGxQAfjw4qNd5BJbHnlRO8mRYOrTPW0hgxJnMBHRQq3Gpec0Ta5MJ88b4Rn%2FwzTY3Q%3D%7Ctkp%3ABk9SR5TalvydYQ |
| 3 | black_wuchang | https://www.ebay.com/str/blackwuchang?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/354327130816?hash=item527f8af2c0:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA8G58EWiuC7XkpVLpXol1GTbC%2FD210xu0sBXX%2BWubivvOaPz5yNpgqaWlemZrMN17sIGun5bqO8w18w8AXDyQftEAbzQG1gHq7ppoISMrhWdK1Y96bn%2FrGd%2FSD%2F29w3JEiDMMfI2E97YhZcHsLuXF4oNGTxv7Tq8E9ZYsKx%2FKFYWxnqgxonifeVPD%2BfBtiRn1789lbICYgrEjMoWwJEo9j96e6BWP676NDELwUmhUnZQOccMwfsdfnfX32yz9Vx3sV9%2BqlYq8%2BwETrsBmzgJHwYIcJmR%2FmI%2BmxsE2DsV%2Fi%2BzU5A%2FvARnfc78vm9t3Mib3%2Fw%3D%3D%7Ctkp%3ABk9SR5zalvydYQ |
| 4 | cfmg88_39 | https://www.ebay.com/str/cfmg8839?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/403901517796?hash=item5e0a680fe4:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoKOlhNFusZX8jE1Tad2N4Fv97d9wq7bae%2BP1pooowgxIk7fsAgcKvx2AWDFLcq%2Bz%2F%2FkS7Bkeil%2Fs7HuInK5kgE7Z8GbfQvZP5xRT9wCHoIkK5gu8tG0ixktqLVKJPk4pcFYsj8DODNR12J6OqLXUnUJvoazeqtO3Ty0NiYt3atoX%2FN7qwZrSZPRm0yHS5 |

| | | | |
|---|---|---|---|
| | | | jyfOUezyIVNP4o2X2wt5BzUbEM%3D%7Ctkp%3ABk9SR-T--v6dYQ |
| 5 | da1xiong | https://www.ebay.com/str/da1xiong?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/285025114764?hash=item425cd21a8c:g:i-wAAOSwGF1gue0F&amdata=enc%3AAAQAHAAAA8JFazcabEbZ3r2wEn3xeut%2F6CjsD%2ByuAYQ4mRDoEoLCqGyXbx53SKsgAtMsbj9wYr6p8HLycjgyZjnbn1Uw8MLzC6CtqD5S4uRKY8F02namOcu%2FCKmj4XhsEymrndKmZxaX0o0kPFEvVOAk85nB7bfXz6gPh7nb0HKtqYRObVlA79FiJMsV%2FqNpWn%2F4qLWxdDq8NoHtQD1wG9l9YcaaidK1KFn4q6y5bkpcPgf6E%2B8XWf4H4%2BBkQbu34Utu8%2BEJzCPP4tDzdmsUzMX1j4USS9RKL9B0KuqzT0VbktM7c%2Fnxh0vmIpm2g%2B7hXptT5sseyExg%3D%3D%7Ctkp%3ABFBMiNqW_J1h |
| 6 | december_de | https://www.ebay.com/str/decemberde1?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/354156167931?hash=item52755a42fb:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAAQAHAAAAoJASzJvoISvmSNJSA0EoNqvo%2FWcWWZEIzHR2VzsYnMGwseYM5PjzmdXp38IllSaOwxhiK3MX7lggp7xXnEPjzuvn5wtWh5MWQe47FUM3mIF%2BQpTmYRy13Z1iZ5W4sjJq9GnkJFDiSuywtYKYkmXgaauajCJXz9wN8%2FfophyQdGVfo3%2BYzEokUHzI4t77HQmA0GXsMW%2FFCZYwNnfZBO4otA%3D%7Ctkp%3ABk9SR5LalvydYQ |
| 8 | dfdiqi05 | https://www.ebay.com/str/dfdiqi05?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/354148210062?hash=item5274e0d58e:g:i-wAAOSwGF1gue0F&amdata=enc%3AAAQAHAAAAoMSr0kS7fYkxPVgUUlVJoh1%2BtRMb8ps0S3m2Au2kNBOJ2T0PrqwSwyQVPxAbZ6OgqOALZ9Rh2Fc8xQJqWsjLKivv4GgfUyULq6K0gzCVkyQdIyx53aiDWEi14g3NP%2Bc0DlQaDtwQ%2FPcapG8YU47A4bk2P%2F%2FCbi%2BLrqu3j%2Bta40jPM9Ki%2F0vKqd4Whbpy2N%2BYUS93%2F8wJ02UrQ%2BzKx0Wqs%2Bs%3D%7Ctkp%3ABk9SR5ralvydYQ |
| 11 | enuoyan2 | https://www.ebay.com/str/enuoyan2?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/165815174295?hash=item269b5ac497:g:i-wAAOSwGF1gue0F&amdata=enc%3AAAQAHAAAAoAfkbVCNMsjQ3olcY8yaEdXiypXOez7Cfrvj%2B7bFp9Iv5l7Xt%2FoEHMzGKY9Z22DNagyXJxRgMZzDg4rX4EuH26ixR5ihgu57WzOjBo%2BI5NV5kqyPYdXSZOGBKOfUIMBTu5mWK8BIVJ5uiM8AUhIq1ZH0DL57RVeE%2F7AMr7QlYjX7UqhQWtO7TMtM4%2F282jd10vQpBoRT7Xh0lt8nb4HdAic%3D%7Ctkp%3ABk9SR5balvydYQ |
| 13 | expand-base | https://www.ebay.com/str/expandbase?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/144833672324?hash=item21b8c27484:g:i-wAAOSwGF1gue0F&amdata=enc%3AAAQAHAAAAoOZOyrHnHW2IyhYkY%2FFWM3yadg6TGn8OPvMqVRyarCeiiYrhcdP9%2Bx7v7X0fo1IqJyjwQRO0hthMHGSKp2GVVfPUqO2K9IaFSRhGCCRT6mT3skNFtv8%2FTJFXuW0QQhWTgvnNIlVI882dPFfF56srsT2AwbZz1q0%2FeoW25K |

2

| | | | |
|---|---|---|---|
| | | | 2ze2DlJoEi%2Bdi0JXLOl4sDf6ulJyuduHYXJB9nqIovPzBtavg%3D%7Ctkp%3ABk9SR5zalvydYQ |
| 14 | fengxingh38 | https://www.ebay.com/str/fengxingh38?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/313994084242?hash=item491b817f92:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAA8GJxMnjkss9q5JF1fytPP2zZvURN6JmUF1T3fXtNnEujy3NwBGCX6v%2BiRzQ9k5vPQTAw8FzNcASw%2BaS%2F7AhRozHnG1i22Eju4rC%2Fdp%2BxfAIgzRbR%2FWoZ1J1oTHyXNsXlBf6fesjNeXFXbWd7munFvlUZ8av%2FdsmzIAorbJyrwzLuIAfE6bZDU2a9Yt5EVaA7b7%2F6D3N42M5tXT7mb8F1YrM%2F%2BhkIGqNcJK8v9QbsQr%2Fn8CGKvnUtdqygOCOX4f2yAli8B9Ff1gQ9%2BbhcYcfFJfHeBpw3YHkJKjDl7RXAPW5vZ39Lgf29NZjnMbA%2BTceuGg%3D%3D%7Ctkp%3ABk9SR6ralvydYQ |
| 16 | huabuwan1 | https://www.ebay.com/str/huabuwan1?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/304685304022?hash=item46f0a8c8d6:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA4GMylQFxPmUImFpJ1wCCoZ7wMuQOOrPT4gA2uRhG1Y2W9QyVKNZmf0e7Jic2Gq8RxgDm01KbLCuMug9o%2F7k74EXY7E7j3yuCoJYEiPkMjASpROawlta7f8zH%2BvthBtxDLwEG8jhT8u3od5xiyqnU5QqNaoAQ%2FVWWEPEyv%2BQHUyWedGw2h%2FZFQBSxD52Ua5JL%2BSiBm%2FHDCAebQX8ud05t0CeIGiNGRVvb3j10I8u3QL6DNfLROIhjD5Ex27nBvAQPQFBoQjhCVhu4%2FinOJemMbP4M0vdjYYYreA%2BiXi15YpAe%7Ctkp%3ABk9SR6TalvydYQ |
| 18 | lianjia-wa | https://www.ebay.com/str/lianjiawa?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/225165968559?hash=item346cf004af:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoCqXe6Bzifp6bvEiShVhalcCmmJ2LNj8RBZArnYDK%2Bi5eRN%2Fq6Po%2F6zY%2FB%2Fw8bN0Ig7mPFTjXW8APYju9N%2FQ0vwN7l2CrdZTZu%2BhOWanZPGOuhrbmnMH8192e1AHebCjxLNq8TGo7Bylhuzp6FCOQcBhiWB1LUthwQ9JsnNiH%2Fx4I6nxzLWwbwhutKPMSGUvPyjXO5Q4HYV8ymiktciStaE%3D%7Ctkp%3ABk9SR4CT__2dYQ |
| 19 | lorret29 | https://www.ebay.com/str/lorret29?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/144834953507?hash=item21b8d60123:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA8BSObaOIvbiz8QizSakjlneAjfJTxJDo5p%2F1KMDILX7Vw1tt6D5d8YvXeKPRzJQcaBJa7LugS8AZQvrluDnvtGyoc0y2tehzDHPnVUW9V3CzrEDAZ%2BIMAOlMVazqsFaLJBq4yp99R8r6qwK0HxR0%2BHHiQfeB%2BW1kxfkMdYLpwkSpKuCrr9xQNhePq%2BzDaO%2FdPfg8p8U4IfEemlBtUwstWu%2FKxHz1WO8JW3OaB8EFnou9mReQXyreNL5GoFPHnH8BcxFkdnVTPdl6RGW8mz5fXqI1xbQkaahq7CAfN0S36pLwjDZpuQb1zjYMkgvXBtJa3w%3D%3D%7Ctkp%3ABk9SR5jalvydYQ |
| 22 | naofa-5780 | https://www.ebay.com/sch/naofa-5780/m.html?item=39422 | https://www.ebay.com/itm/394220545637?hash=item5bc9602665:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoHrIAsImEy8%2BMS |

3

| | | 0545637&rt=nc&_trksid=p2047675.m3561.l2562 | RNNfgR92bxfO8Baf5ivCHOf3NSCSEuZbUrdBvma4OpipUseZgF98JxW3D6Qkw6cbvcfidBACO9bmwReeibFxGEVWvS%2FO8hGPpKqaUi%2FB%2BZpFeVVFGfssBa%2FDjk0Y0d2%2BDb9wicLFHDEzLKBdfW99pK8t1y4xPI%2B3W8SEUarhI%2B%2Bc8uBONnYxUkdIal7hOPCUAT5HLTY5c%3D%7Ctkp%3ABk9SR6TalvydYQ |
|---|---|---|---|
| 27 | qhov61 | https://www.ebay.com/str/qhov61?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/185682942244?hash=item2b3b90d924:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoA%2BvN2fqiEXXeZovfvDYennaicFbmX2A0xkyHlf6gxEr4Fxxw6%2BU8yPJ%2Fpzm3L02RgDNgsAdxTYWo2C6CuKAokUrpU65RrBuWzY9Z8uQTZrYr1ckl8eewnJeZdyQFGGLZkTNbEGagBdgdS45%2BGk3%2BFmF%2BHDVtsv6JZUGpPy%2BBB4AyZilyVTtl%2BcXevD1i23wire80NacbgZrpMxQjfVQPo7Y%3D%7Ctkp%3ABk9SR6LalvydYQ |
| 29 | shang.sunny | https://www.ebay.com/str/shangsunny?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/125314398741?hash=item1d2d51fa15:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA8LuQ9QQMvjzRRdS1aKia67FM9EAwJgPrfQAECtL0f2p1uv1wb1Rg4yRSnl4cdj91FPB2mKsCbfIHUjZgjVCnG2e1NsU69BUUMRFRGy35tRl1aP63tPQIS0UMGUpqLct10DTjLIZm8t0aifj1IcQES70yYAGmLzYqkWhCUmpBzTI4gFXvKBzDvvgNZ1uNYx%2BnQZhOoRdRoskohHYFEDBSluWa2mkcB3l9L1f8RY6IbYp56dkqJjnGPAihfhEuh%2FJSlYrCer%2F2TWJi%2BBBKgfMRnQqOT1D6eVZNvPChPSAk1iQPTDWa1rY2x64Gg0kEDsb39Og%3D%3D%7Ctkp%3ABk9SR5LalvydYQ |
| 31 | shaoyo-5 | https://www.ebay.com/str/shaoyo5?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404028561844?hash=item5e11fa99b4:g:i-wAAOSwGF1gue0F&amdata=enc%3AAQAHAAAAoPnc9zjUpj6UyN%2BH9M3FjfcfeTEcZ1jO9RKrJQNRXHyFMhLo5HNStumbx7c1vyLm9JcGe9qd%2Fqnc14Yd69Hbxf5M9%2FKLV3uEZOrzWLez%2FA86pm9luuaD7W8wAYkRZukafZhQAkA3TuCuFP3vUvttkGrWiL3qGSBqS%2FIUKZbHjIt7lLWgbvYsKtK24kjdFHM8WrM3DPU%2B%2B7WfgV%2FUm9ICCIY%3D%7Ctkp%3ABk9SR6DalvydYQ |
| 34 | super-pandas | https://www.ebay.com/str/superpandas?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404024364934?hash=item5e11ba8f86:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAoD%2FiwVw36yLHAOLy7fG%2Brby%2BBBYzVTMntLx6rVK2dBvQtFe%2B7ukyir9K9YyXtpnUFQrvJlj%2B2NNYfEgn2mvESp01UM0V4rF8fCO9gMlDNI%2BzieONGfr%2FB2Y8s0uHCOWCpTfwt447wKlx3Stxu6D%2Fb0QYqnu4TXzd3uUY1bxF80ey4Ye8XdBVNaHnztET0LTjjWyQMs5dXX0G5ugRUyBltsFWk%3D%7Ctkp%3ABk9SR4yT__2dYQ |
| 36 | un-cover | https://www.ebay.com/str/uncover?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/403868711905?hash=item5e08737be1:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA4Ibn7BgQ%2FGQ3pcK9ZSSemvmkDDQEdfaJGSTkiFD5%2BExSil4e |

4

| | | | |
|---|---|---|---|
| | | | 6gLqLO8tNhDkeOraT6Jhtiyy%2FxLOrCRbBULZpqvwa3qcZh1bguISSgSv6wPgo2%2B7Vm025S18nEKRM0N9iTxMyUYHqUtc3G4EcIPxccjaNDRaFAH34G3xgh%2F6dF0NSu1UO%2BkpuO9HJhiI7EeJPoG5HPWt0ajfbeaZlMg2Sn74wsvEPb4FGOVDvh%2BOaD%2B0c9g7m%2FCC1bO5qjkYUz7jozMCz5MLuKdr37OJz6GLMr21w73R3801MhLarU4pWrVs%7Ctkp%3ABFBMhpP__Z1h |
| 38 | whereshop.4 | https://www.ebay.com/str/whereshop4?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/404038214630?hash=item5e128de3e6:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAAoME9IRivxEEyysVOFH5NZ1MB2rqDQbSzdhcRfDIy9Rln9xVIgF92Xa5qvUd9bQDxCnP87bX6pV8QJk70gcAvFjo9RIP%2BYZvBiBXqNLDuwmmNRWwdCIHMcrEG4Y6rKgo%2B9wBg05DAv07O7wY3WLM2pHjM1BrtH7dujmHFsVvhYi28KDWtUUeHB5f2iSsirewHJ2zJH7KvMhPJs6ZpLEr5bPY%3D%7Ctkp%3ABk9SR5TalvydYQ |
| 39 | winter-frosts | https://www.ebay.com/str/winterfrosts?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/394223705625?hash=item5bc9905e19:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA8FaXEKSSMC5hwcmbLHOWix5yu4dJy4EKehxXZ6xz3sbJETAZXA2LZQOdpjGkWFODzvArbAOI5bL%2FFzesn%2Fzav2%2Bjj0alTg6%2FSlg22zHnxzmSVgNgER2hRmiDyC4J5dGy%2FcizfUyXamg4Pc%2BHbo1Mb0nEDdKHftf%2BFq3c4U65iZzDtNPJA035AhN2lYTMud%2F%2FYMGE1nM6psElmSxz%2Bz%2B9qSzzt3S9DeT8WkzYFMFymW59PfieZvCBukxbaUNfuJyoHZrLWJ6aicQnzJ3s%2F7cF84XoXKvngyH%2F8Nz1p7ObYLYsZUZd44Z7OWJ2oL4xFi9eAg%3D%3D%7Ctkp%3ABk9SR6ralvydYQ |
| 42 | zhaog-10 | https://www.ebay.com/str/zhaog10?_trksid=p2047675.m3561.l2563 | https://www.ebay.com/itm/314217913837?hash=item4928d8dded:g:DuAAAOSwgVZfcx0V&amdata=enc%3AAQAHAAAA8En54b8W2SEQ5YZmPEipaEV75bficphnle7jXqqp8eF1Q9LgAtpX5%2FFsLLj%2F1ZvcUuZ783Ugz0XJHgjE7uTUZ34jIrA2mEdUNprqLGBsw1ZKj4TMTE%2FMTYHVkQis49E9oEUbspBk44UXLFMXVVDQA6ghXQH16oSK8Do2eATPxZ7jTwry7FQpYeiFl1HxMxCLYgzdUSsNiw2uSwVgoW4dPSBe1S9H1VSAA1EbT6pSXt1VcYQa6E%2B36UQ6ChGvnYGxBy5TVZh9KtJOMWAP%2FVafn9UVWxdBOI%2FPqXmVKsq8MKBy2Whk0kMfqEO40SftUaettg%3D%3D%7Ctkp%3ABk9SR9b--v6dYQ |