UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:24-cv-00207 |
| v. | ) |
| | ) Dist. Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| Defendant. | ) |

**Plaintiff's Status Report**

1. **Service of Process.**

    a. After delays caused by certain technical difficulties in decoding data received as part of expedited discovery, Plaintiff has been able to decode the files and retrieve the requested data.

    b. With the benefit of information received as part of expedited discovery, Plaintiff also has reached out to payment processors to receive additional expedited discovery.

    c. Plaintiff had requested issuance of summons from the Clerk and was informed by the Clerk that Plaintiff had to file an amended complaint listing Plaintiff's actual name (Jun Fang) as the party, in order for the Clerk to issue a summons.

    d. Concurrently herewith, Plaintiff has now filed the First Amended Complaint [Dkt. 45], complying with the Clerk's instructions.

    e. Plaintiff has renewed a request for the issuance of the summons in this case.

    f. As before, Plaintiff continues to maintain a website for publication of relevant case documents and continues to publish such documents on the website.

    g.  Upon information and belief, eBay has informed Defendants of the pending nature of this case and has provided Defendants with a link to Plaintiff's website for the case and contact information for Plaintiff's attorney.

    h.  Plaintiff anticipates fully effecting service on Defendants upon receiving a signed summons from the Clerk.

2. **Settlement Discussions.**

    a.  No settlement discussions are currently ongoing with any Defendants, though Plaintiff believes that Defendants have been made aware of this case through notice received from eBay.

3. **Additional Information.**

    a.  After effecting service, if no parties contact Plaintiff to initiate settlement discussions, Plaintiff expects to move for entry of default and default judgment in this case.

Dated:        September 23, 2024

                                                    /s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*