**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:24-cv-00207 |
| v. ) | |
| ) | Dist. Judge Elaine E. Bucklo |
| The Partnerships and ) | |
| Unincorporated Associations ) | |
| Identified on Schedule "A", ) | |
| Defendant. ) | |

**Plaintiff's Status Report**

1. **Service of Process.**

    a. As before, Plaintiff continues to maintain a website for publication of relevant case documents and has published such relevant documents on the website.

    b. Upon information and belief, eBay has informed Defendants of the pending nature of this case and has provided Defendants with a link to Plaintiff's website for the case and contact information for Plaintiff's counsel.

    c. It was brought to Plaintiff counsel's attention that Defendants had not timely received notice of this litigation via email (which delay resulted from technological issues in accessing produced contact information). As a result, Plaintiff intends to voluntarily move to dissolve the preliminary injunction in this case.

    d. Because the Court's allowance of electronic service of process was incorporated into the orders granting temporary and preliminary injunctive relief, Plaintiff intends to move for permission to continue to effect service electronically, using the same methods, with an order allowing for such service separate from the TRO and preliminary injunction. The

1

circumstances that warranted effectuation of service using electronic means previously remain the same as of the date of this report.

2. **Settlement Discussions.**

   a. No meaningful settlement discussions are currently ongoing with any Defendants.

3. **Additional Information.**

   a. No asset restraint is in effect in this case, and Plaintiff believes in good faith that no Defendants have experienced any prejudicial harm from the prior entry of injunctive relief. As a result, Plaintiff intends to request return of the injunction bond upon the Court's dissolution of the preliminary injunction.

   b. Plaintiff still plans to move for entry of default and default judgment against all Defendants who do not timely appear after service is definitively effected in this case.

Dated: November 25, 2024

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*