UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:24-cv-00207 |
| v. | ) |
| | ) Dist. Judge Elaine E. Bucklo |
| The Partnerships and | ) |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| Defendant. | ) |

## Plaintiff's Status Report

1. **Settlement Discussions.**

    a. Plaintiff is engaged in ongoing settlement communications with some of the defendants in this case.

2. **Forthcoming Motions.**

    a. Plaintiff will move by February 28, 2025, to dissolve the injunction currently in effect.

    b. Plaintiff will move by February 28, 2025, for a separate order permitting continued electronic service of process (independent of any injunctive relief).

    c. No asset restraint is in effect in this case, and Plaintiff believes in good faith that no Defendants have experienced any prejudicial harm from the prior entry of injunctive relief. As a result, Plaintiff intends to request return of the injunction bond upon the Court's dissolution of the preliminary injunction.

    d. Plaintiff still plans to move for entry of default and default judgment against all Defendants who do not timely appear and with whom settlement is not reached. Plaintiff prefers to move for default and default judgment against all non-dismissed defendants at the same time. Plaintiff intends to file such a motion by April 11, 2025.

Dated: February 20, 2025

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*