UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:24-cv-00207 |
| v. | ) |
| | ) Dist. Judge Elaine E. Bucklo |
| The Partnerships and | ) |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| Defendant. | ) |

## Dismissal Under Rule 41

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jun Fang ("Plaintiff") hereby dismisses this action without prejudice against all Defendants identified in Amended Schedule A [Dkt. 21].

Dated: April 15, 2025

Respectfully submitted,

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff Jun Fang*