**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00207 |
| | ) | |
| v. | ) | Dist. Judge Elaine E. Bucklo |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion to Release Injunction Bond**

On July 16, 2024, Plaintiff Jun Fang ("Plaintiff") deposited the sum of Twenty-One Thousand U.S. Dollars ($21,000) with the Clerk of the Court [Dkt. 34] to support the Temporary Restraining Order [Dkt. 29]. This deposit was required by the Temporary Restraining Order. [Dkt. 29]. On April 15, 2025, Plaintiff filed a Rule 41 notice of voluntary dismissal without prejudice as to all defendants. [Dkt. 54]. None of the defendants had filed any appearance in this case.

Plaintiff respectfully requests that the Court enter an Order directing the Clerk to return the bond deposit, including any applicable or earned interest, minus the registry fee, to Plaintiff's counsel.

Dated: October 15, 2025

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law

*Counsel for Plaintiff*