IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-00207 |
| v. | ) |
| | ) Dist. Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, October 22, 2025, at 9:45 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo or any judge sitting in her stead, in Room 2243 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or using video or teleconferencing technology, as the Court may require, and shall present Plaintiff's Motion to Release Injunction Bond [Dkt. 56].

Dated: October 15, 2025

Respectfully submitted,

/s/ *Ilya G. Zlatkin*
ZLATKIN CANN ENTERTAINMENT
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 15, 2025, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin